UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-MD-02073-CIV-HUCK/O'SULLIVAN

IN RE BANCO SANTANDER
SECURITIES–OPTIMAL LITIGATION

_____/

### ORDER ON NOTICE OF ISSUES TO BE DISCUSSED AT HEARING

On June 17, 2010, the Court issued a Notice of Hearing for Thursday, July 8, 2010 at 9:30 a.m. (Doc. 118), which indicated that the Court would file another notice detailing the precise issues to be discussed at the hearing.

Accordingly, the parties should be fully prepared to address the merits of the *forum non conveniens* issues raised in the respective memoranda. Additionally, having reviewed the memoranda and relevant case law, it appears that an important convenience factor is whether the Court can exercise personal jurisdiction over all defendants sued in this action, thereby eliminating the inconvenient possibility of multiple lawsuits and trials. As such, the parties should also be prepared to address the merits of the motions to dismiss for lack of personal jurisdiction filed by various defendants, including the issue of whether the Court should look to the long-arm statute of Florida or New York in determining whether it has personal jurisdiction over the defendants. Finally, the parties should to be prepared to discuss the impact of the Supreme Court's recent decision in *Morrison v. Nat'l Austl. Bank Ltd.,* --- S.Ct. ----*,* 2010 WL 2518523 (June 24, 2010). The parties are advised, however, that the Court will <u>not</u> address the merits of the plaintiffs' substantive allegations under Rule 12(b)(6), but will limit this hearing to addressing pre-merits issues.

DONE in Chambers, Miami, Florida, June 29, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record