CIVIL MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE PAUL C. HUCK

Date & Time: 9:30 am 7-8-10 — 12:45 pm

Case No.: 09 MD 2073

Clerk: Evelyn Williams

Court Reporter: Patricia Sanders

Title of Case: In RE Banco Santander Securities — Optimal Litigation

v.

Plaintiff's Attorney: See attached seating chart.

Defendant's Attorney:

Reason for Hearing: Various Motion

Result of Hearing: Court heard argument. Order will follow.

Misc.:

Case Continued to:        Time:        For:

*(Handwritten seating chart / diagram, rotated 90°)*

**Box 1 (top left):**
Fraser Hunter   Michael Flynn
PwC International   PwC US

**Box 2 (top right):**
Evan Davis *   Sam Danon *   Gus Membrick   Tom Raffa *
HT16 HBSI   Banco Santander   Banco Santander   PwC Ireland
         Banco Santander Int'l   etal
         Optimal Investus Ser/
         Mssrs: Echeverria
         Wilkinson; Inter/Reuben

HSBC        Santander Ds

**Box 3 (far right):**
Antony Ryan
PwC Ireland

* Brittan Strangway
PwC Bermuda

**Box 4 (bottom):** *(empty)*

**Box 5 (bottom right):**
* Joel Bearnstein — PLAINTIFFS
# Javier Bleichmar   PLAINTIFFS
Michael Goldberg (UTA) — PLAINTIFFS