# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 09-MD-02073-CIV-HUCK/O'SULLIVAN
### 09-CV-20215-CIV-HUCK/O'SULLIVAN

IN RE BANCO SANTANDER
SECURITIES–OPTIMAL LITIGATION



CLOSED
CIVIL
CASE

_____/

## ORDER CLOSING CASES

Based on the Court's order entered this day dismissing this case for *forum non conveniens*, it is hereby

ORDERED that the Clerk shall close the two above-captioned cases and shall deny all pending motions as moot. The Clerk shall file a copy of this order on the dockets of both cases.

DONE AND ORDERED in Chambers, Miami, Florida, July 30, 2010.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record