# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| IN RE BANCO SANTANDER SECURITIES-OPTIMAL LITIGATION | CASE NO. 09-MD-02073-CIV-HUCK/O'SULLIVAN |
|---|---|
| / | |

| SOLYMAR INVESTMENTS, Ltd., et al., Plaintiffs, - against - BANCO SANTANDER S.A., et al., Defendants. | CASE NO. 1:10-cv-20695-FAM |
|---|---|
| / | |

## NOTICE OF PENDENCY OF RELATED ACTION

Defendants, Banco Santander, S.A., Banco Santander International, Santander Bank & Trust, Ltd., Optimal Investments Services, S.A., Manuel Echeverría Falla, Manuel Sanchez Castillo, and Ana Maria Jaureguizar ("Defendants"), pursuant to S.D. Fla. Local Rule 3.8 and Section 2.15.00(C) of this Court's Internal Operating Procedures, hereby file this Notice of Pendency of Related Action.

1.  The Honorable Paul C. Huck is currently presiding over a multi-district litigation docket styled as *In re Optimal Strategic U.S. Equities Litigation*, No. 09-MD-02073-Civ-Huck/O'Sullivan (the "Optimal MDL").

2.  The Honorable Federico A. Moreno is currently presiding over an action captioned *Solymar Investments, Ltd. et al., v. Banco Santander, S.A., et al.*, No. 1:10-cv-20695-FAM ("*Solymar*").

3.  In the civil cover sheet for the *Solymar* action, Plaintiffs designated it as a case related to Case Number 09-20215, one of the underlying cases which comprised the Optimal

MDL and which was also pending before Judge Huck. The civil cover sheet did not list the case number for the Optimal MDL.

4. Administrative Order 2009-53 provides that the "Clerk's Office shall directly assign such newly-filed MDL related cases to the District Judge assigned to the lead MDL case."

5. Counsel for Defendants contacted the Clerk's office on August 19, 2010 regarding transfer and was notified that the Clerk of Court was not able to accomplish transfer of *Solymar* to the Optimal MDL because the designated related case is Case No. 09-20215 and not the multi-district litigation docket (Case No. 09-MD-02073). Defendants, therefore, respectfully give notice that the *Solymar* action is a proceeding related to the Optimal MDL.[1]

Dated: August 20, 2010

                                  Respectfully submitted,

                                  HUNTON & WILLIAMS LLP
*Counsel for Defendants*
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
TEL: (305) 810-2500
FAX: (305) 810-2460
E-Mail: sdanon@hunton.com
E-Mail: gmembiela@hunton.com

By: /s/ Gustavo J. Membiela
     Samuel A. Danon
     Florida Bar No. 892671
     Gustavo J. Membiela
       Florida Bar No. 0513555

---

[1] Pursuant to Rule 7.5(a) of the Judicial Panel on Multidistrict Litigation Rules of Procedure, no action is required by the JPML in order to effect the transfer of a potential tag-along action, such as this case, that has been filed in this District.

3

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that, on August 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                          By:  /s/ Gustavo J. Membiela
                                                Gustavo J. Membiela