UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE BANCO SANTANDER SECURITIES-OPTIMAL LITIGATION / | CASE NO. 09-MD-02073-CIV-HUCK/O'SULLIVAN |

| | |
|---|---|
| MARIA ANGELA SAN MARTIN, <br><br>  Plaintiff, <br><br>  - against - <br><br> BANCO SANTANDER INTERNATIONAL, <br><br>  Defendant. / | CASE NO. 1:10-cv-24010-MGC |

| | |
|---|---|
| SOLYMAR INVESTMENTS, Ltd., et al., <br><br>  Plaintiffs, <br><br>  - against - <br><br> BANCO SANTANDER S.A., et al., <br><br>  Defendants. / | CASE NO. 1:10-cv-20695-FAM |

## NOTICE OF PENDENCY OF RELATED ACTION

Defendant Banco Santander International ("BSI" or "Defendant"), pursuant to S.D. Fla. Local Rule 3.8 and Section 2.15.00(C) of this Court's Internal Operating Procedures, hereby files this Notice of Pendency of Related Action.[1]

---

[1] Defendant files this Notice in accordance with its obligations under the Local Rules of this District. Defendant expressly reserves its right to assert any applicable defenses in this action including, without limitation, challenges based on lack of jurisdiction, improper venue, and the arbitrability of Plaintiff's claims.

1. The Honorable Paul C. Huck presides over a Multi-District Litigation docket styled as *In re Optimal Strategic U.S. Equities Litigation*, No. 09-MD-02073-Civ-Huck/O'Sullivan (the "Optimal MDL").

2. The Honorable Federico A. Moreno is currently presiding over an action captioned *Solymar Investments, Ltd. et al., v. Banco Santander, S.A., et al.*, No. 1:10-cv-20695-FAM ("*Solymar*").

3. The Honorable Marcia G. Cooke is currently presiding over an action captioned *Maria Angela San Martin v. Banco Santander International*, No. 10-cv-24010-MGC ("*San Martin*"), filed November 5, 2010.

4. The plaintiff in *San Martin* is a foreign citizen who allegedly owned or purchased shares of investment funds whose assets were invested in the Optimal Strategic U.S. Equity Fund and seeks to recover damages for conduct that is substantially the same as the conduct alleged by the plaintiffs in the Optimal MDL.[2]

5. Additionally, the action styled as *Solymar Investments, Ltd., et al. v. Banco Santander S.A., et al.*, 1:10-cv-20695-FAM, was previously noticed by Defendants as being related to the Optimal MDL.

6. The plaintiff in the *San Martin* Action did not list that case as related to the Optimal MDL or *Solymar*.

---

[2] Another action arising out of substantially the same conduct also is pending in the Southern District of New York before the Honorable Shira A. Scheindlin. *Rembaum v. Banco Santander S.A., et al.*, 10-cv-4095 (SAS). Defendants in that action petitioned the Judicial Panel on Multidistrict Litigation ("JPML") to transfer that action to the Optimal MDL. The JPML, by order dated Oct. 7, 2010, ruled that "[w]hile this action shares questions of fact with previously centralized MDL No. 2073 actions, the transferee court has dismissed all MDL No. 2073 actions based on *forum non conveniens*…[and therefore] inclusion of this action in MDL No. 2073 is not presently warranted."

7.     Local Rule 3.8 of this Court provides in relevant part that "[i]t shall be the continuing duty of the attorneys of record in every action or proceeding to bring promptly to the attention of the Court and opposing counsel the existence of other actions or proceedings as described in Section 2.15.00 of the Court's Internal Operating Procedures, as well as the existence of any similar actions or proceedings then pending before another court or administrative agency."

8.     Section 2.15.00(C) of this Court's Internal Operating Procedures provides as follows: "Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the newly filed action or proceeding shall be transferred to the Judge to whom the earlier filed action or proceeding is assigned."

9.     Accordingly, Defendant respectfully gives notice that the *San Martin* Action is a proceeding related to the Optimal MDL and *Solymar*.[3]

---

[3] Pursuant to Rule 7.2(a) of the Judicial Panel on Multidistrict Litigation Rules of Procedure, no action is required by the JPML in order to effect the transfer of a potential tag-along action, such as this case, that has been filed in this District.

Dated:  November 30, 2010

          Respectfully submitted,

          HUNTON & WILLIAMS LLP
          *Counsel for Defendant*
          Mellon Financial Center
          1111 Brickell Avenue, Suite 2500
          Miami, Florida 33131
          TEL: (305) 810-2500
          FAX: (305) 810-2460
          Email:  sdanon@hunton.com
          Email:  gmembiela@hunton.com
          Email:  plima@hunton.com

          By:     /s/ Gustavo J. Membiela
            Samuel A. Danon
            Florida Bar No. 892671
            Gustavo J. Membiela
            Florida Bar No. 0513555
            Paulo R. Lima
            Florida Bar No. 0064364

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

By:  /s/ Gustavo J. Membiela
Gustavo J. Membiela